IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GILMAN,

    Plaintiff,                    No. CIV S-04-0035 DFL KJM P

    vs.

EDWARD S. ALAMEDIA,

    Defendant.                 ORDER

_____/

    Plaintiff has filed a request for leave to file an amended opposition to defendant's August 26, 2005 motion to dismiss.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's October 20, 2005 request for leave to file an amended opposition to defendant's August 26, 2005 motion to dismiss is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an amended opposition to defendant's August 26, 2005 motion to dismiss.

DATED: October 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf gilm0035.36a

---

[1] Plaintiff's prior "request for clarification" was addressed in an order filed October 20, 2005.