UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| RICHARD M. GILMAN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>EDWARD S. ALAMEDIA; et al.,<br><br>　　　　Defendants - Appellees. | No. 06-15592<br>D.C. No. CV-04-00035-DFL/KJM<br><br><br>**ORDER** |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　[X]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　　　　／s／ David F. Tsui
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　Date:　5/11/2006